**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Sacheen Pena

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACHEEN PENA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | 1:06-CV-01507 OWW SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

　　　Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due May 19, 2007, and is therefore requesting additional time in which to file her opening brief until June 25, 2007.

Dated: May __24__, 2007　　　　　/S/ ROBERT ISHIKAWA
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT ISHIKAWA
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, JUANITA RODRIGUEZ

Dated: May __24__, 2007　　　　　/S/ JACQUELINE FORSLUND
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JACQUELINE FORSLUND
　　　　　　　　　　　　　　　　　　　Assistant Regional Counsel

IT IS SO ORDERED.


Dated: __5/29/2007__

　　　　　　　　　　　　　　　　　　　 /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1