**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Sacheen Pena

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACHEEN PENA,<br><br>   Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>   Defendant. | 1:06-CV-01507 OWW SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due June 25, 2007, and is therefore requesting additional time in which to file her opening brief until July 25, 2007.

Dated: June  26 , 2007        /S/ THOMAS V. MILES for
                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, JUANITA RODRIGUEZ

Dated: June  26 , 2007        /S/ MARK WIN for
                              _____
                              JACQUELINE FORSLUND
                              Assistant Regional Counsel

IT IS SO ORDERED.

Dated: 6/26/2007

                               /s/ Sandra M. Snyder
                              _____
                              THE HONORABLE SANDRA M. SNYDER
                              United States Magistrate Judge

1