**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Sacheen Pena

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACHEEN PENA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:06-CV-01507 LJO-SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due July 25, 2007, and is therefore requesting additional time in which to file her opening brief until August 25, 2007.

Dated: July __13__, 2007          /S/ THOMAS V. MILES for
                                  _____
                                  ROBERT ISHIKAWA
                                  Attorney for Plaintiff, Sacheen Pena

Dated: July __13__, 2007          /S/ JACQUELINE FORSLUND
                                  _____
                                  JACQUELINE FORSLUND
                                  Assistant Regional Counsel

IT IS SO ORDERED.

Dated: __7/24/2007__

                                   /s/ Sandra M. Snyder
                                  _____
                                  THE HONORABLE SANDRA M. SNYDER
                                  United States Magistrate Judge

1