1  **ROBERT ISHIKAWA - 90621**
   Bromberg & Ishikawa
2  5707 N. West Avenue
   Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for Sacheen Pena

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                     EASTERN DISTRICT OF CALIFORNIA

8

9  SACHEEN PENA,                    )    1:06-CV-01507 OWW SMS
                                    )
10            Plaintiff,             )
                                    )    STIPULATION AND ORDER TO
11       v.                          )    EXTEND TIME
                                    )
12 MICHAEL ASTRUE,                   )
   Commissioner of Social Security, )
13                                   )
              Defendant.             )
14 _____)

15     Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due

16 August 25, 2007, and is therefore requesting additional time in which to file her opening

17 brief until September 25, 2007.

18

19 Dated: August __24__, 2007        /S/ THOMAS V. MILES for
                                    _____
20                                   ROBERT ISHIKAWA
                                    Attorney for Plaintiff, Sacheen Pena
21
   Dated: August __24__, 2007        /S/ JACQUELINE FORSLUND
22                                   _____
                                    JACQUELINE FORSLUND
23                                   Assistant Regional Counsel

24

25 IT IS SO ORDERED.

26 **Dated:   August 28, 2007**         _____/s/ Sandra M. Snyder_____
                                       UNITED STATES MAGISTRATE JUDGE
27

28

                                        1