UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHEEN PENA, | ) 1:06-cv-01507-LJO-SMS |
| | ) |
| Plaintiff, | ) ORDER RE: FINDINGS AND |
| v. | ) RECOMMENDATION RE: PLAINTIFF'S |
| | ) SOCIAL SECURITY COMPLAINT (DOCS. |
| MICHAEL J. ASTRUE, | ) 2, 29) |
| Commissioner of Social | ) |
| Security, | ) ORDER DIRECTING REMAND PURSUANT |
| | ) TO SENTENCE FOUR of 42 U.S.C. § |
| Defendant. | ) 405(g) |
| | ) |
| | ) ORDER DIRECTING THE CLERK TO |
| | ENTER JUDGMENT FOR PLAINTIFF |
| | SHASHEEN PENA AND AGAINST |
| | DEFENDANT MICHAEL J. ASTRUE |

Plaintiff is represented by counsel and seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying an application for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On March 3, 2008, the Magistrate Judge filed findings and a recommendation that the Plaintiff's social security complaint be granted, the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g), and the Clerk be directed to enter judgment for

1

1 Plaintiff Sasheen Pena and against Defendant Michael J. Astrue. The
2 findings and recommendation were served on all parties on March 3,
3 2008, and contained notice that any objections to the findings and
4 recommendations were to be filed within thirty (30) days of the date
5 of service of the order. No party filed any objections.
6       In accordance with the provisions of 28 U.S.C. § 636
7 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
8 452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
9 review of the case. Having carefully reviewed the entire file,
10 the Court finds that the findings and recommendation filed on
11 March 3, 2008, are supported by the record and proper analysis.
12       Accordingly, IT IS HEREBY ORDERED that:
13       1. The findings and recommendation filed on March 3, 2008,
14 are ADOPTED IN FULL; and
15       2. The Plaintiff's social security complaint IS GRANTED, and
16 the matter IS ORDERED remanded pursuant to sentence four of 42
17 U.S.C. § 405(g); and
18       3. The Clerk of Court IS DIRECTED to enter judgment for
19 Plaintiff Sasheen Pena and against Defendant Michael J. Astrue
20 and to close this action.

22 IT IS SO ORDERED.
23 **Dated:   April 14, 2008**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE