McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SASHEEN PENA, ) <br>     Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL NO. 1:06-cv-01507 - LJO-SMS <br><br> STIPULATION AND ORDER AWARDING EAJA ATTORNEY FEES |

      IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($3,500.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all

claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: July 10, 2008          /s/ Robert Ishikawa
                              (As authorized via facsimile)
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff

Dated: July 8, 2008           McGREGOR W. SCOTT
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              /s/  Jacqueline A. Forslund
                              JACQUELINE A. FORSLUND
                              Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   July 21, 2008**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE